November 30, 2015

Mr. Abel Acosta
Clerk, Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, Texas 78711

RE: Benjamin Elias v. The State of Texas;
CCA No. PD-0820-15;
Notice of Change of Address.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 03 2015

Abel Acosta, Clerk

DEAR MR. ACOSTA:

Please find enclosed one (1) original Notice of Change of Address. Please file them appropriately.
Should you have any questions or need additional information, please do not hesitate to contact me at the address below. Thank you in advance for your time and consideration of this matter.

Respectfully,

Benjamin Elias

Benjamin Elias, pro se
TDCJ-ID No. 819778
Ellis Unit
1697 FM 980
Huntsville, Texas 77343.

cc: file    Attchmnt: Notice of Change of Address.

CCA No. PD-0820-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Benjamin Elias

V.

The State of Texas

From Appeal No. 04-14-00498-CR

Trial Cause No. 427052

Bexar County

NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE CLERK OF SAID COURT:

COMES NOW, Benjamin Elias, Petitioner, pro se, and hereby notifies this Court of a change of address. IN SUPPORT THEREOF, Petitioner will show the Court the following:

I.

Petitioner's previous address was as follows:

Fort Stockton Unit
1536 I-10 E
Fort Stockton, TX. 79735

[1 of 3]

Plaintiff no longer resides at this facility.

## II.

Plaintiff's current address is as follows:

Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Plaintiff's current mailing address is effective immediately.

## Prayer

Wherefore, PREMISES CONSIDERED, Petitioner humbly prays that this notice suffice to alert the Court of his change of address.

Respectfully submitted,
Benjamin Elias
Benjamin Elias, pro se
TDCJ-ID No. 819778
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

## Certificate of Service

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the above and foregoing <u>Notice to Court of Change of Address</u> has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State, Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; and the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 on this the 30th day of November 2015.

<u>Benjamin Elias</u>
Benjamin Elias, pro se